**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAMES POPLASKY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Case No.: 1:14-cv-13443** |
| | ) |
| SENTRY CREDIT, INC., | ) **Notice of Settlement** |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: April 10, 2015

BY: */s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
BBO# 662924
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 10th day of April, 2015, a true and correct copy of the

foregoing pleading served via ECF to the below:

>   Catherine A. Bednar, Esq.
>   LeClairRyan
>   1 International Place, 11th Floor
>   Boston, MA 02110
>   Catherine.Bednar@leclairryan.com

>   */s/ Craig Thor Kimmel*
>   Craig Thor Kimmel, Esquire
>   BBO# 662924
>   Kimmel & Silverman, P.C.
>   30 East Butler Pike
>   Ambler, PA 19002
>   Phone: (215) 540-8888
>   Facsimile: (877) 788-2864
>   Email: kimmel@creditlaw.com
>   Attorney for the Plaintiff